Katherine I. Hartley (Bar No. 11837)
PACIFIC JUSTICE INSTITUTE
P.O. Box 2131
Coeur d'Alene, ID 83816
khartley@pji.org

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRUTH FAMILY BIBLE CHURCH MIDDLETON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IDAHO HOUSING AND FINANCE ASSOCIATION, et al.<br><br>　　　　Defendants. | Case No. 1:24-cv-00206-DCN<br><br>**NOTICE OF CONSTITUTIONAL QUESTION** |

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Plaintiff, by and through counsel, respectfully files this Notice of Constitutional Challenge with the Court.

1. This action was instituted by Plaintiff on April 19, 2024.

2. This action questions the constitutionality of Article IX Section 5 of the Idaho Constitution.

3. In further compliance with Rule 5.1(a)(2), Plaintiff will serve the Attorney General of Idaho with a copy of this notice, the summons and complaint via certified mail.

| | |
|---|---|
| Dated: April 23, 2024 | /s/ Katherine I. Hartley |
| | Katherine I. Hartley<br>PACIFIC JUSTICE INSTITUTE<br>P.O. Box 2131<br>Coeur d'Alene, ID 83816<br>khartley@pji.org |
| | *Attorney for Plaintiff* |