Katherine I. Hartley (Bar No. 11837)
PACIFIC JUSTICE INSTITUTE
P.O. Box 2131
Coeur D'Alene, Idaho 83816
Office: 858-945-6924
khartley@pji.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

TRUTH FAMILY BIBLE CHURCH MIDDLETON,

Plaintiff,

v.

IDAHO HOUSING AND FINANCE ASSOCIATION, an Idaho nonprofit corporation, SAGE INTERNATIONAL NETWORK OF SCHOOLS, an Idaho public charter school,

Defendants.

Case No.: 1:24-cv-00206-DCN

**DECLARATION OF EMILY DOWNEY IN SUPPORT OF STATEMENT OF UNDISPUTED AND STIPULATED MATERIAL FACTS RELATED TO SUMMARY JUDGMENT**

I, Emily Downey, under penalty of perjury, hereby declare and state as follows:

1. I am over the age of eighteen (18) and am Chief Financial Officer with SAGE International Network of Schools ("SAGE") in the above-captioned matter. As such, I have personal knowledge of the matters stated herein. I submit this declaration in support of the Statement of Undisputed and Stipulated Material Facts Related to Summary Judgment.

**DECLARATION OF EMILY DOWNEY IN SUPPORT OF STATEMENT OF UNDISPUTED AND STIPULATED MATERIAL FACTS RELATED TO SUMMARY JUDGMENT - 1**

2. Attached here to as **Exhibit 1** and incorporated by reference herein is a true and correct copy of the Facilities Use Application and Agreement the Truth Family Bible Church Middleton ("Church") entered into with SAGE on or about July 27, 2022.

3. Attached hereto as **Exhibit 2** and incorporated by reference herein is a true and correct copy of an email exchange between Idaho Housing and Finance Association's bond counsel and SAGE beginning on December 28, 2023 and ending on January 3, 2024.

4. Attached hereto as **Exhibit 3** and incorporated by reference herein is a true and correct copy of a letter SAGE sent to the Church dated January 17, 2024.

5. On January 23, 2024, I had a phone conversation with Danny Steinmeyer ("Steinmeyer"), pastor of the Church, explaining that while SAGE did not want to terminate the lease, SAGE desired to proceed with the bond financing through IHFA and needed to terminate the lease to proceed with such financing. I explained that bond counsel must give an unqualified legal opinion as to the validity and constitutionality of the bond issuance and could not deliver such opinion with the lease to the Church in place. I told Steinmeyer SAGE has had a great relationship with the Church and that if it were up to SAGE, SAGE would continue the lease agreement and that if the law changes in Idaho with regard to the legality of leasing schools to religious organizations, SAGE might be able to do so in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2025.

/s/ Emily Downey
EMILY DOWNEY

EXHIBIT 1

EXHIBIT 1

# FORGE INTERNATIONAL SCHOOL

## FACILITIES USE APPLICATION AND AGREEMENT

Organization or Individual Requesting Facility Use: Truth Family Bible Church

Room(s) Requested: Forge Gymnasium

Date and Hours of Requested Use: Sundays August 21st 2022 through August 27th 2023

Purpose of Use: Conduct Family Services

Equipment/Services Needed: Tables that are in gymnasium

Total Cost for Services/Facilities Listed: $ 250 per Sunday, see attachment for specific days to be due on the 1st of every month.

**FOR FORGE USE:**

Deposit Amount: N/A will pay August 21st and 28th on August 15th Date Paid: —

Remaining Rental Amount: N/A Date Paid: —

Proof of Insurance and/or Other Special Requirements for Use: provided

District Office Approval: EDowney

Date: 7/27/22

**Premises and Conditions**

Use of Forge International facilities is conditioned upon the following covenants:

1. That no alcoholic beverages, tobacco or other drugs are sold or consumed on the premises by the requesting organization or individual or any of its employees, patrons, agents, or members;
2. No illegal games of chance or lotteries will be permitted;
3. No school building or facility shall be used for any purpose which could result in picketing, rioting, disturbing the peace or damage to property or for any purpose prohibited by law;
4. That no functional alteration of the premises or functional changes in the use of such premises shall be made without specific written consent of Forge International School;
5. That adequate supervision is provided by the requesting organization or individual to ensure proper care and use of Forge International School facilities;
6. That the requesting organization shall only access the area(s) that is agreed upon;
7. No food or beverages in carpeted areas;
8. In acceptable areas for food and beverages, only clear drinks will be allowed; no red or purple beverages;
9. For special requests, such as lighting, the requesting organization will be directed to the proper Forge International school employee. Access to electronic panels will not be allowed.

**Rent and Deposit**

The requesting organization or individual agrees to pay Forge International School, as rent for the premises and as payment for special services (if any) provided by Forge International School, as determined by the Executive Director or designee. The requesting organization or individual shall be responsible for all actual damages, including costs, disbursements, and expenses, resulting while it has use of the premises.

At the time of rental, a reservation deposit of 25% of the total cost will be required by the applicant to guarantee the reservation. The remaining rental fee will be due two weeks prior to the scheduled event, unless a payment schedule has been created by the Executive Director or designee with the requesting organization or individual

**Cancellation**

Written notification of cancellation will be made to the Executive Director or designee, two weeks prior to the scheduled event and the reservation deposit will be refunded.

If the applicant fails to notify the Executive Director or designee of a cancellation within the two-week deadline, Forge International School will retain the reservation deposit.

The school facility and/or grounds will be returned to the condition it was found prior to the requesting organization renting the school facility and/or grounds. Forge International School has the right to refuse continued rental of school facilities if the requesting organization does not comply with Forge International School's policy and conditions.

**Insurance and Indemnification**

The requesting organization or individual, by signature below, hereby guarantees that the organization shall indemnify, defend and hold harmless Forge International School and any of its employees or agents from any liability, expenses, costs (including attorney's fees) damages and/or losses arising out injuries or death to any person or persons or damage to any property of any kind in connection with the organization or individual's use of Forge International School facility which are not the result of fraud, willful injury to a person or property or the willful or negligent violation of a law. The requesting organization or individual shall provide Forge International School with a certificate of insurance prior to the use of the facility. The certificate shall show coverage for general liability insurance in an amount not less than $500,000 for injuries to or death of any person or damage to or loss of property arising out of or in any way resulting from the described use of the facility.

**Non-Discrimination**

The requesting organization or individual agrees to abide non-discrimination clauses as contained in the Idaho Human Rights laws and federal anti-discrimination laws.

Forge International School: DATED this July day of 27, 2022

**Requesting Organization/Individual:**

By: James Berg, [signature]

Title: Elder Truth Family Bible Church

Date: July 21, 2022

EXHIBIT 2

EXHIBIT 2

**Subject:** Sage-Tax Questionnaire

**From:** Emily Downey <emily.downey@sageintl.org>
**Sent:** Wednesday, January 3, 2024 4:09 PM
**To:** Rick Skinner <rskinner@skinnerfawcett.com>
**Cc:** John McDevitt <jmcdevitt@skinnerfawcett.com>; Wes Olson <Wes.Olson@RaymondJames.com>; hanna.degen@raymondjames.com; Heringer, Eric <Eric.Heringer@psc.com>; Chris Yorgason <chris@yorgasonlaw.com>; Johnson, Benjamin W. <JohnsonBW@ballardspahr.com>
**Subject:** Re: Sage-Tax Questionnaire

Hi Rick! Rental agreements for the music academy and church attached. However, this year we are currently just basing it off going month to month with both because we weren't sure if we wanted to renew these for a whole year this particular year due to the purchase and questions that may arise from that - keeps us more flexible. I've also attached their certificates of insurance because, even though we're just working month to month with them, we've still required those to be up to date of course. Both organizations will need to renew their insurance & get us new certificates in April of 2024. According to our enrichment director, we won't be renting the building out to Camp Invention because they advertised and were not able to get enough interest last year in Middleton and therefore did not offer it out there, so going forward they are focusing on just our Boise area.

There are no additional grants or loans for the project outside of the Bonds and the Bank of Commerce Pre-dev loan.

All expenses related to the project that we have incurred thus far have been paid for utilizing the Pre-dev loan so we will not have any costs needing reimbursement.

I have attached the budget breakdown that Cole Coba from Paradigm has put together. Does this give you the breakdown you need for the tax cert? The rates have changed (for the better!) a bit so the bottom "financing costs" piece is not quite up to date as of yesterday. It is currently approx 10K lower. If this document is helpful for what you need for the tax certificate, just let me know and we'll get it updated with the most recent financing projection.

Please let me know if there is anything else you need. I'm sure more will come up as we move closer.

Also, my cell is 208-914-0748 if you need/want to call anytime. Thank you!

Warmly, Emily

Emily Downey
Chief Financial & Operating Officer
Sage International Network of Schools

*Sage & Forge International Schools engage students within an inclusive IB learning community, challenging all members to take risks and contribute locally and globally through open-minded inquiry.*

*The International Baccalaureate Mission aims to develop inquiring, knowledgeable and caring young people who help to create a better and more peaceful world through intercultural understanding and respect.*

On Jan 3, 2024, at 11:32 AM, Rick Skinner <rskinner@skinnerfawcett.com> wrote:

Thanks, Emily. Also, other than the payment of the state payments, is the Project or school receiving any grants or loans (in addition to the bonds and to the Bank of Commerce)? Also, in addition to payoff of the Bank of Commerce loan, will any items paid by the school prior to closing (not from the loan) be reimbursed at closing? And for the tax certificate which we are now preparing, we will need a breakout of estimated project costs for the acquisition of the building, new building improvements, old site work and new site work and any furniture, fixtures or equipment financed by the bonds. Thanks.

Rick

Rick Skinner
Skinner Fawcett LLP
P.O. Box 700, 250 W Bobwhite Court Ste 240, Boise, Idaho 83701 (P.O. Box)
e-mail: rskinner@skinnerfawcett.com
Phone: (208) 345-2663 Fax: (208) 345-2668

The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or the sender's e-mail address. Any legal advice contained in this communication, including attachments, is not intended as a thorough, in-depth analysis of specific issues, nor is it a substitute for a formal opinion, nor is it sufficient to avoid tax-related or similar penalties.

---

**From:** Emily Downey <emily.downey@sageintl.org>
**Sent:** Wednesday, January 3, 2024 9:40 AM
**To:** Rick Skinner <rskinner@skinnerfawcett.com>
**Cc:** John McDevitt <jmcdevitt@skinnerfawcett.com>; Wes Olson <Wes.Olson@RaymondJames.com>; hanna.degen@raymondjames.com; Heringer, Eric <Eric.Heringer@psc.com>; Chris Yorgason <chris@yorgasonlaw.com>; Johnson, Benjamin W. <JohnsonBW@ballardspahr.com>
**Subject:** Re: Sage-Tax Questionnaire

Good morning Rick! Our enrichment director is in now & I'll get those contracts to you along with the amount of use of the building for both the music school and church I'm putting together. Should have it by the end of the day. Thank you!

Warmly, Emily

Emily Downey
Chief Financial & Operating Officer
Sage International Network of Schools

<~WRD0001.jpg>

*Sage & Forge International Schools engage students within an inclusive IB learning community, challenging all members to take risks and contribute locally and globally through open-minded inquiry.*

*The International Baccalaureate Mission aims to develop inquiring, knowledgeable and caring young people who help to create a better and more peaceful world through intercultural understanding and respect.*

On Jan 2, 2024, at 8:23 AM, Rick Skinner <rskinner@skinnerfawcett.com> wrote:

Thank you, Emily. Please send me a copy of the music school lease so we can look at possibilities with that. Also, if you have the Sage application to IRS for tax exempt status, we might look at whether the music instruction fits within the school's charter and purposes from an IRS standpoint as well as looking at the number of days the school uses the school. As for the church use, that may not be a problem under the US Constitution, but it's the limitations under the Idaho Constitution that create the issues here. I am happy to talk further with Chris on that. We can also discuss further Camp Intervention's use.

On the draws on the Bank of Commerce loan, is the Atlas draw for "geotechnical services" for soil testing? I'm not sure what those services involve.

Rick

Rick Skinner
Skinner Fawcett LLP
250 W. Bobwhite Court, Ste. 240, Boise, Idaho
P.O. Box 700, Boise, Idaho 83701 (P.O. Box)
e-mail: rskinner@skinnerfawcett.com
Phone: (208) 345-2663 Fax: (208) 345-2668

The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or the sender's e-mail address.

---

**From:** Emily Downey <emily.downey@sageintl.org>
**Date:** Monday, January 1, 2024 at 4:59 PM
**To:** Rick Skinner <rskinner@skinnerfawcett.com>
**Cc:** John McDevitt <jmcdevitt@skinnerfawcett.com>, Wes Olson

<Wes.Olson@RaymondJames.com>, hanna.degen@raymondjames.com <Hanna.Degen@RaymondJames.com>, Heringer, Eric <Eric.Heringer@psc.com>, Chris Yorgason <chris@yorgasonlaw.com>, Johnson, Benjamin W. <JohnsonBW@ballardspahr.com>
**Subject:** Re: Sage-Tax Questionnaire

Hi Rick. Answers in pink re: the 990 below.

I can get the music co's detailed space info from our enrichment director tomorrow. We can disallow the music co from renting if we need to. However, it does provide a lot of benefit to us aside from just rental fees. It allows us to offer convenient enrichment to our students outside of what we can offer ourselves. It is also a marketing tool because it bring families to our school that currently do not attend, plus the partnership with the music co gives us word of mouth referrals. I'll get the detailed info re: the amount of space they rent, along with days and times for forward to you asap.

Regarding the church use, Chris and I have chatted a bit about this: it is confusing due to the conflict re: separation of church and state vs. some other state and US Supreme Court rulings re: not discriminating against churches if we are making our space available to other community groups after hours due to districts being sued by churches. We do not advertise for them and they utilize the space only on the weekend during non-school hours. Of course, we will do what we need to do and will disallow its use if necessary. Perhaps a discussion with Chris and then some guidance to us re: if we need to disallow the church from renting?

Thanks much!

Warmly, Emily

Emily Downey
Chief Financial & Operating Officer
Sage International Network of Schools

*Sage & Forge International Schools engage students within an inclusive IB learning community, challenging all members to take risks and contribute locally and globally through open-minded inquiry.*

*The International Baccalaureate Mission aims to develop inquiring, knowledgeable and caring young people who help to create a better and more peaceful world through intercultural understanding and respect.*

On Dec 29, 2023, at 2:16 PM, Rick Skinner <rskinner@skinnerfawcett.com> wrote:

Emily and others--I finished reviewing the Sage 990s and had the following few questions:

1. Is the 2022 tax or fiscal year 990 on extension and if so, when is it expected to be filed? Yes, it has been extended. It should be filed any day now. I can call and put a fire under them if you think important to have it filed before closing. Just let me know!
2. Schedule K for the 2021 tax/fiscal year shows in Part II on line 17 that the school does not maintain adequate books and records to support the final allocation of bond proceeds. Is that a typo or true? I noticed that the Schedule Ks for the two earlier years did not indicate this. It is a typo. I noticed it too this year & they'll correct going forward.
3. I noticed that therer is a return for unrelated business income. Besides the smokey mountain pizza space which I understand was not financed by tax exept bonds, are there any other users of bond financed Sage space like are involved for Sage Middleton? Yes, we do rent out space in Boise periodically similar to Middleton. We rent out to Camp Invention, a performing arts group, and a few others here and there.

I think that's about it for now. Please let me know on the other issues. Thanks.

Rick Skinner
Skinner Fawcett LLP
250 W. Bobwhite Court, Ste. 240, Boise, Idaho
P.O. Box 700, Boise, Idaho 83701 (P.O. Box)
e-mail: rskinner@skinnerfawcett.com
Phone: (208) 345-2663 Fax: (208) 345-2668

The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or the sender's e-mail address.

---

**From:** Rick Skinner <rskinner@skinnerfawcett.com>
**Date:** Friday, December 29, 2023 at 10:19 AM

**To:** Emily Downey <emily.downey@sageintl.org>, John McDevitt <jmcdevitt@skinnerfawcett.com>
**Cc:** Wes Olson <Wes.Olson@RaymondJames.com>, hanna.degen@raymondjames.com <Hanna.Degen@RaymondJames.com>, Heringer, Eric <Eric.Heringer@psc.com>, Chris Yorgason <chris@yorgasonlaw.com>, Johnson, Benjamin W. <JohnsonBW@ballardspahr.com>
**Subject:** Re: Sage-Tax Questionnaire

Emily—there may be another way to deal with the music school's use of the school which is by the number of days per month they are using the space and the nature of their month to month lease. Please let me know the number of days use and send me a copy of their lease and we can review. I am also reaching out to our outside tax counsel on this as well.

Also, after reviewing the LLC operating agreement, I think there is a change that is needed to Sections 8.2 and 8.3 on dissolution in order to be sure there is compliance with the 501(c)(3) requirements that upon dissolution the proceeds go to certain entities. That section currently says that dissolution will be done in accordance with the Idaho Limited Liability Law and not in accordance with 501(c)(3) requirements. I've looked at the articles of incorporation of Sage and they do have a provision which appears to comply and would suggest language such as " the dissolution and distributions provisions of the Sole Member's articles of incorporation and Section 501(c)(3) of the Internal Revenue Code " be added in Section 8.2 be added after  "provisions of" and before "the Certificate." Also, in Section 8.3, I would suggest that there be added after "have been distributed" the words such as "in accordance with the provisions of the Sole Member's articles of incorporation and Section 501©(3) of the Internal Revenue Code."  I am sure Chris Yorgason can help with this change, and it should be fairly straight forward. He may want to make refinements on what I have suggested.

Rick

Rick Skinner
Skinner Fawcett LLP
250 W. Bobwhite Court, Ste. 240, Boise, Idaho
P.O. Box 700,  Boise, Idaho 83701 (P.O. Box)
e-mail:  rskinner@skinnerfawcett.com
Phone: (208) 345-2663     Fax: (208) 345-2668

The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message

is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or the sender's e-mail address.

---

**From:** Rick Skinner <rskinner@skinnerfawcett.com>
**Date:** Thursday, December 28, 2023 at 9:54 PM
**To:** Emily Downey <emily.downey@sageintl.org>, John McDevitt <jmcdevitt@skinnerfawcett.com>
**Cc:** Wes Olson <Wes.Olson@RaymondJames.com>, hanna.degen@raymondjames.com <Hanna.Degen@RaymondJames.com>, Heringer, Eric <Eric.Heringer@psc.com>, Chris Yorgason <chris@yorgasonlaw.com>, Johnson, Benjamin W. <JohnsonBW@ballardspahr.com>
**Subject:** Re: Sage-Tax Questionnaire

Emily—I've also been reviewing the tax questionnaire and related materials and most seems to be in order.  However, there are a few questions on the use of the school.  It appears that a church currently uses the gym on Sundays and a private music school uses some classrooms when not being used by the charter school.  The church use raises an issue since it looks as though it is for worship purposes.  While this may not be a tax issue in view of certain federal decisions, there is an Idaho case, Idaho Health Facilities Authority v. Twin Falls County,  which held that bond proceeds used for a religious purposes are not permitted under Idaho's constitution.  Chris Yorgason is familiar with this.  Given the use arrangement by the church unfortunately this likely need to be terminated by bond closing.  With respect to the use by the music school, which is not qualified 501(c)(3) use, we would need to determine the extent of that use of bond proceeds.   Would you let us know the dollar amount of bond proceeds that will be allocated to area used by the music school and the number of square feet of the space used and the times used . Once we have that we can do a time/use allocation  to see if this is within the limitation.  If it is small, then we could discuss whether it is worth having this nonqualified use going forward as the school will only be allowed 5% bad use in total. The simplest approach (and what has often been done in similar charter school financings) would be not to permit the use at all, but I am assuming the school may prefer to allow this use and have the income from the rental.  I wish we did not need to be the bearer of bad news here, but it's better to be clear on these limitations before the bonds are issued.  It does seem likely that the "Camp invention" and Girl Scouts 501(c)(3)s could qualify although we would want to see their articles of incorporation to review their purposes.

I am also reviewing the school's 990 returns but do not expect much on those as we have reviewed earlier returns for prior financings.

Rick

Rick Skinner
Skinner Fawcett LLP
250 W. Bobwhite Court, Ste. 240, Boise, Idaho
P.O. Box 700,  Boise, Idaho 83701 (P.O. Box)
e-mail:  rskinner@skinnerfawcett.com
Phone: (208) 345-2663     Fax: (208) 345-2668


The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or the sender's e-mail address.

---

**From:** Rick Skinner <rskinner@skinnerfawcett.com>
**Date:** Thursday, December 28, 2023 at 9:30 PM
**To:** Emily Downey <emily.downey@sageintl.org>, John McDevitt <jmcdevitt@skinnerfawcett.com>
**Cc:** Wes Olson <Wes.Olson@RaymondJames.com>, hanna.degen@raymondjames.com <Hanna.Degen@RaymondJames.com>, Heringer, Eric <Eric.Heringer@psc.com>
**Subject:** Re: Sage-Middleton Invoices Approved for Funding

Emily—I am reviewing the draws for determining what items can qualify for tax exempt bonds and what for taxable bonds.  Could you send me a copy of the invoices here?  In particular, those for Paradigm and Atlas Technical, although it would be good to have them all.  I think we would need to know what will be drawn and have this same information for anything not drawn yet but which will be drawn before closing so we can determine if the use is tax exempt so the amount of taxable bonds vs tax exempt bonds can be determined.  Thanks for your help.

Rick Skinner
Skinner Fawcett LLP

250 W. Bobwhite Court, Ste. 240, Boise, Idaho
P.O. Box 700,  Boise, Idaho 83701 (P.O. Box)
e-mail:  rskinner@skinnerfawcett.com
Phone: (208) 345-2663    Fax: (208) 345-2668

The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or the sender's e-mail address.

EXHIBIT 3

EXHIBIT 3



SAGE INTERNATIONAL
NETWORK OF SCHOOLS
1513 E Tyrell Lane, Suite 110
Boise, Idaho 83706

January 17, 2024

Brandon Shippy
Brandonshippy2@gmail.com
Truth Family Bible Church
Middleton, ID

Dear Brandon,

I hope this letter finds you well. I am writing to inform you of an important development at our school that affects our weekly lease with you. Sage International School Middleton is embarking on a period of growth and construction financed by tax exempt bonds. This necessitates the termination of our existing lease with Truth Family Bible Church.

We genuinely appreciate our relationship with you and understand that securing a new commercial property can take time. While we request that you immediately seek an alternative premises for your operations, we are able to allow weekly leasing of our facility to you through February. Sunday, February 25 is the last date we will be able to lease our premises to you.

If there is anything we can do to assist you during this period or if you have any questions, please feel free to contact me at emily.downey@sageintl.org.

Thank you for your understanding and cooperation. We wish you continued success in your future endeavors.

Warmly,

Emily Downey
*Director of Finance & Operations (CFO ~ COO)*
*Sage International Network of Schools*

.