Katherine I. Hartley (Bar No. 11837)
PACIFIC JUSTICE INSTITUTE
P.O. Box 2131
Coeur D'Alene, Idaho 83816
Office: 858-945-6924
khartley@pji.org

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRUTH FAMILY BIBLE CHURCH MIDDLETON,<br><br>        Plaintiff,<br><br>v.<br><br>IDAHO HOUSING AND FINANCE ASSOCIATION, an Idaho nonprofit corporation, SAGE INTERNATIONAL NETWORK OF SCHOOLS, an Idaho public charter school,<br><br>        Defendants. | Case No.: 1:24-cv-00206-DCN<br><br>**DECLARATION OF CHRIS YORGASON IN SUPPORT OF STATEMENT OF UNDISPUTED AND STIPULATED MATERIAL FACTS RELATED TO SUMMARY JUDGMENT** |

I, Chris Yorgason, under penalty of perjury, hereby declare and state as follows:

1. I am over the age of eighteen (18) and am legal counsel for SAGE International Network of Schools in the above-captioned matter. As such, I have personal knowledge of the matters stated herein. I submit this declaration in support of the Statement of Undisputed and Stipulated Material Facts Related to Summary Judgment.

**DECLARATION OF CHRIS YORGASON IN SUPPORT OF STATEMENT OF UNDISPUTED AND STIPULATED MATERIAL FACTS RELATED TO SUMMARY JUDGMENT - 1**

2.	Attached hereto as **Exhibit 1** and incorporated by reference herein is a true and correct copy of a letter that I sent to Katherine I. Hartley, counsel for the Plaintiff in this case, on or about February 27, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 31, 2025           .

                                          /s/ Chris Yorgason
                                          CHRIS YORGASON

**DECLARATION OF CHRIS YORGASON IN SUPPORT OF STATEMENT OF UNDISPUTED AND STIPULATED MATERIAL FACTS RELATED TO SUMMARY JUDGMENT - 2**

# Exhibit 1



YORGASON
LAW OFFICES, PLLC

February 27, 2024

Ms. Katherine I. Hartley
Pacific Justice Institute – Idaho office
P.O. Box 2131
Coeur d'Alene, Idaho  83816

    RE:    Truth Family Bible Church lease

Ms. Hartley,

Thank you for your letter.  I am writing in representation of Sage International Middleton.  The decision to cancel the lease the agreement with Truth Family Bible Church was not an easy one.  And, for what it is worth, not a decision that Sage reached on its own.

Sage Middleton recently closed on a facility financing project that will allow Sage to expand its existing facilities.  That financing vehicle was a public bond issued by the Idaho Housing and Finance Association (IHFA), the conduit issuer for all public charter school bonds in Idaho.   As part of that process, IHFA's attorneys are required to issue an opinion that the bonds are issued legally.  This is where the challenge with the church lease arises.

In the mid-1970's, the Idaho Supreme Court issued a decision in Board of County Commissioners v Idaho Health Facilities Authority (https://www.courtlistener.com/opinion/1184295/board-of-county-comrs-v-idaho-health-fac-auth/).  In the sixth and seventh assignments of error (Section **VI**), the court held that while the

> appropriation of public funds to public hospitals operated by religious sects does not violate the First Amendment to the Constitution of the United States … this does not mean that such commitment of funds is not violative of the Idaho Constitution.  The Idaho Constitution places a much greater restriction upon the power of state government to aid activities undertaken by religious sects than does the First Amendment to the Constitution of the United States.

Further, the Court explained:

> The moneys which the Idaho Health Facilities Authority was to give to the hospitals involved comes from the sale of that Authority's bonds, and thus the moneys are "public" since their source is the proceeds of the sale of a bond of a "public body politic and corporate." State v. Musgrave, *supra.* Further, the refinancing of existing debt or the lending of money for reconstruction and equipping of a building consists of giving "aid" to the building's owner. Therefore, the agreements between the hospitals and the Authority support and commit public moneys to the hospitals, and if those

---

CHRIS YORGASON    6200 N MEEKER PLACE    P: (208) 861-3332
chris@yorgasonlaw.com    BOISE, ID 83713    F: (208) 375-3271

hospitals are owned and/or operated by "any church or sectarian or religious society," the Constitution of the State of Idaho has been violated.

I am not aware of any other Idaho Supreme Court decisions since then.  Subsequent to this ruling the Idaho Health Facilities Authority was able to amend the Idaho Constitution to allow for the funding of religious hospitals, but it is the opinion of the bond lawyers that the amendment only applies to hospitals and not other religious entities.

For the past couple years, I have tried to find any analysis that would allow a charter school to keep its leases with churches in place.  I personally believe that churches and schools can be very good partners.  However, despite providing even Idaho attorney general opinions on the Supreme Court cases you cited (and others) the bond lawyers have been unpersuaded.  The rationale of the bond attorneys is that Article IX, Section 5 of the Idaho Constitution has not been ruled unconstitutional (which is also why the Idaho Legislature is proposing legislation to do so).  The bond lawyers take a very conservative approach to this since the ramifications of being wrong are pretty big (the facility financing transaction could be voided).

I do know that Sage would like to continue its relationship with the Church and may be able to do so in the future, but the bond lawyers have been insistent that any church leases must be terminated when the financing is put in place.  I am happy to discuss this further if you would like and I can share my thoughts.

Sincerely,

*Chris Yorgason*
Chris Yorgason
Attorney for Sage International Middleton