Katherine I. Hartley (Bar No. 11837)
PACIFIC JUSTICE INSTITUTE
P.O. Box 2131
Coeur D'Alene, Idaho 83816
Office: 858-945-6924
khartley@pji.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRUTH FAMILY BIBLE CHURCH MIDDLETON,<br><br>    Plaintiff,<br><br>v.<br><br>IDAHO HOUSING AND FINANCE ASSOCIATION, an Idaho nonprofit corporation, SAGE INTERNATIONAL NETWORK OF SCHOOLS, an Idaho public charter school,<br><br>    Defendants, | Case No.: 1:24-cv-00206-DCN<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 1**

## [PROPOSED] ORDER

The Court, having reviewed all papers submitted by the parties, and hearing oral argument, GRANTS the Plaintiff's motion for summary judgement.

IT IS SO ORDERED.

DATED: _____

_____
David C. Nye
Chief U.S. District Court Judge